**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

George S. Branham, II, Appellant.

Appellate Case No. 2011-203389

———————————

Appeal From Kershaw County
Clifton Newman, Circuit Court Judge

———————————

Unpublished Opinion No. 2013-UP-346
Submitted August 1, 2013 – Filed September 4, 2013

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender Breen Richard Stevens, of Columbia, and George S. Branham, II, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, both of Columbia, for Respondent.

———————————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**SHORT, WILLIAMS, and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.